IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-05-BLG-SPW-04 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JUAN CARLOS DORADO, GENE ANDREW TUFTON and KENNETH GEORGE KRAMER, | |
| Defendants. | |

Upon Defendant, Kenneth George Kramer's Unopposed Motion to file Brief Under Seal (Doc. 148), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. Defendant shall be allowed to file his brief in support of the defense motion to reopen detention hearing under seal.

DATED this 6th day of February, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1