# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 16-05-BLG-SPW-04 |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **KENNETH GEORGE KRAMER,** | |
| **Defendant.** | |

Defendant Kenneth George Kramer has moved the Court to allow surrebuttal testimony and surrebuttal closing argument at his upcoming trial. (Doc. 157). Kramer raises the issue of surrebuttal testimony prematurely, however. Whether he is entitled to surrebuttal testimony cannot be determined unless and until the government presents rebuttal testimony.

Accordingly, Kramer's motion for surrebuttal testimony (Doc. 157) is DENIED subject to renewal at trial. Kramer's motion for surrebuttal closing argument is DENIED.

DATED this 31st day of March 2017.

SUSAN P. WATTERS
United States District Judge