IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

APR - 5 2017

Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, Plaintiff, vs. KENNETH GEORGE KRAMER, Defendant. | CR 16-05-BLG-SPW-04 ORDER |
|---|---|

Before the Court are United States Magistrate Judge Timothy Cavan's Findings and Recommendations filed on March 20, 2017. (Doc. 166). In his Findings and Recommendations, Judge Cavan recommends that this Court deny Kramer's Motion to Reopen the Detention Hearing. (*Id.* at 9).

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written objections within 14 days of the filing of Judge Cavan's Findings and Recommendations. No objections were filed. When neither party objects, this Court reviews Judge Cavan's conclusions for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After

reviewing the Findings and Recommendations, this Court does not find that Judge Cavan committed clear error.

Accordingly, IT IS HEREBY ORDERED:

1. Judge Cavan's Findings and Recommendations (Doc. 166) are ADOPTED IN FULL.

2. Kramer's Motion to Reopen Detention Hearing (Doc. 147) is DENIED.

DATED this 5th day of April 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge