IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
APR 21 2017
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 16-05-BLG-SPW-4 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KENNETH GEORGE KRAMER, | |
| Defendant. | |

Defendant having filed an Unopposed Motion to Vacate Jury Trial and Set Change of Plea Hearing (Doc. 218) on April 20, 2017,

IT IS HEREBY ORDERED that the trial set for April 24, 2017 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Tuesday, April 25, 2017 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between April 20, 2017 and April 25, 2017 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 21st day of April, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1