

FILED
APR 2 0 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-05-BLG-SPW-04 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KENNETH GEORGE KRAMER, | |
| Defendant. | |

Before the Court are United States Magistrate Judge Timothy Cavan's Findings and Recommendations filed on April 10, 2017. (Doc. 187). In his Findings and Recommendations, Judge Cavan recommends that this Court deny Kramer's Motion for In Camera Review of Sealed Documents/Transcripts.

Before the time for objections ran, Kramer filed another unopposed motion for in camera review of the government's witnesses presentence reports. (Doc. 208). This motion covered the material requested in his prior motion, with revised reasons and case law. (*Id.*). This Court granted the motion in part and denied it in part, (Doc. 210), thereby mooting any need to rule on Judge Cavan's Findings and Recommendations. Accordingly, Magistrate Judge Cavan's Findings and

Recommendations issued on April 10, 2017, are moot.

DATED this 26th day of April 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge