

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-00005-BLG-SPW-4 |
| Plaintiff, | |
| vs. | **ORDER** |
| KENNETH GEORGE KRAMER, | |
| Defendant. | |

Defendant has filed a Notice of Defense Sentencing Witness List (Doc. 241) indicating he intends to call twelve witnesses at his upcoming sentencing hearing. This is an excessive amount of what the court assumes will be character witnesses. Their testimony is very likely cumulative.

Therefore;

**IT IS HEREBY ORDERED** that Defendant may call no more than four witnesses at his sentencing hearing.

The clerk shall notify counsel of the entry of this Order.

DATED this 22nd day of August, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1