

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-05-BLG-SPW-4 |
| Plaintiff, | |
| vs. | ORDER |
| KENNETH GEORGE KRAMER, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Court's Order (Doc. 248) is

**WITHDRAWN.**

IT IS FURTHER ORDERED that Defendant's Second Motion for Extension

of Time to File Sentencing (Doc. 246) is **GRANTED**.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 30ᵗʰ day of August, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1