

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KENNETH GEORGE KRAMER, Defendant. | CR 16-05-BLG-SPW-4 ORDER |

Upon the Defendant's Unopposed Motion to File Exhibit Under Seal (Doc. 251), and good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. Exhibit A of Defendant's sentencing memorandum is filed under seal.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 30th day of August, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE