FILED

NOV 21 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH GEORGE KRAMER,<br><br>Defendant. | CR 16-05-BLG-SPW-4<br><br>ORDER |

For the reasons stated on the record, KENNETH GEORGE KRAMER is hereby released from the custody of the U.S. Marshals Service.

DATED this 21st day of November, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE